### *In re* PAULINE GRAEFF.

#### April 6, 1883.

**Insolvent Law—Appeal from Order appointing receiver.**

Motion by respondent to dismiss the appeal taken by Pauline Graeff and another from an order of the district for Olmsted county, *Start,* J., presiding, appointing a receiver of the estate of said Pauline

Graeff, on the application of Dennis Leary and others, under Laws 1881, *c.* 148, § 2.

*Jones & Gove,* for appellant.

*C. C. Willson,* for respondent.

*By the Court.* Appeal from an order appointing a receiver under Laws 1881, *c.* 148, § 2. The respondent moves to dismiss the appeal on the ground that the order is not appealable. We think the order is a final order, affecting a substantial right, made in a special proceeding, within the meaning of Gen. St. 1878, *c.* 86, § 8, subd. 6, and therefore appealable.

The motion is denied.